MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SEANA CROMITIE, on behalf of herself and all others similarly situated,

        Plaintiff,

-v-

D&I FASHION GROUP, INC. d/b/a BASIX BLACK LABEL,

        Defendant.

Civil Case Number:   1:22-cv-06861-KPF

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   November 1, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Seana Cromitie*

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

SO ORDERED.

Dated:   November 2, 2022
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE